UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH E. TAYLOR, TERRENCE
MCGLOTHLIN and JAMES SIMPSON,

    Plaintiffs,

v.                                  Case No:   6:17-cv-1929-Orl-40TBS

C&L TOWING AND TRANSPORT, L.L.C.
and CARL CHASE,

    Defendants.

## ORDER

Defendants Motion for Order to Show Cause (Doc. 51) is **denied, without prejudice,** due to non-compliance with Local Rule 3.01(g).[1]

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2019.

*THOMAS B. SMITH*
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] It appears that counsel conferred regarding the Opt-ins' responses to the Court's interrogatories and their documents (Doc. 51 at ¶¶ 11-13). The local rule requires the moving party to "file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution <u>of the motion</u>." No such statement as to opposing counsel's position on the motion is included.