# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KEITH E. TAYLOR, TERRENCE MCGLOTHLIN and MICHAEL JENKINS,

    Plaintiffs,

v.

Case No: 6:17-cv-1929-Orl-40TBS

C&L TOWING AND TRANSPORT, L.L.C. and CARL CHASE,

    Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Motion for Summary Final Judgment (Doc. 76) filed on March 1, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that Plaintiffs filed a Limited Objection to Scrivener's Error Contained in Report and Recommendation's Conclusion (Doc. 82)[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 23, 2019 (Doc. 81), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Summary Final Judgment (Doc. 76) is **DENIED**.

---

[1] Plaintiffs suggest that the reference to Mr. Burton's claims being dismissed without prejudice for failure to prosecute is a scrivener's error which should be corrected to refer to the claims of Mr. Jenkins. The Court makes that correction in this Order.

3. All of Mr. Jenkins' claims are **DIMISSED without prejudice** for failure to prosecute.

**DONE AND ORDERED** in Orlando, Florida on May 8, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties