UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH E. TAYLOR and TERRENCE
MCGLOTHLIN,

          Plaintiffs,

v.                                      Case No:  6:17-cv-1929-Orl-40TBS

C&L TOWING AND TRANSPORT,
L.L.C. and CARL CHASE,

          Defendants.

_____/

## VERDICT

      We, the Jury, duly empaneled and sworn in the above styled cause, return the following verdict:

    1. Do you find from a preponderance of the evidence that the following Plaintiffs were employees of C&L Towing and Transport, LLC?

        Answer "Yes" or "No" for each

| | |
|---|---|
| Keith Taylor: | YES |
| Terrence McGlothlin: | YES |
| James Simpson: | YES |
| Stan Burton: | YES |
| Steven Guy Black, Jr.: | YES |
| Damien Ridenour: | YES |

    2. Do you find from a preponderance of the evidence that the following Plaintiffs worked overtime for which he is entitled to receive compensation?

        Answer "Yes" or "No" for each

| | |
|---|---|
| Keith Taylor: | YES |
| Terrence McGlothlin: | YES |
| James Simpson: | YES |

Stan Burton:           YES

Steven Guy Black, Jr.:  YES

Damien Ridenour:       YES

3. Did you find from a preponderance of the evidence that the positions which the following Plaintiffs occupied were exempt from the FLSA overtime requirements under the Motor Carrier Act exemption?

Answer "Yes" or "No" for each

Keith Taylor:          NO

Terrence McGlothlin:   NO

James Simpson:         NO

Stan Burton:           NO

Steven Guy Black, Jr.:  NO

Damien Ridenour:       NO

**Note:** If you answered "Yes" with respect to any Plaintiff for interrogatory number 4, do not answer interrogatory 4 with respect to that specific Plaintiff.

4. How much should each Plaintiff be awarded as overtime wages?

Keith Taylor:          $ 28,800 -

Terrence McGlothlin:   $ 16,300 -

James Simpson:         $ 9,000 -

Stan Burton:           $ 37,125 -

Steven Guy Black, Jr.:  $ 26,400 -

Damien Ridenour:       $ 25,200 -

5. Do you find by a preponderance of the evidence that C&L Towing And Transport, LLC's actions were willful?

Answer "Yes" or "No."

Answer: YES

6. Do you find by a preponderance of the evidence that Defendant Carl Chase exercised control over significant aspects of C&L Towing And Transport, LLC's day-to-day functions such that he also was an employer, jointly and severally liable under the FLSA for unpaid wages.

    Answer "Yes" or "No."

    Answer: __YES__

SO SAY WE ALL, this _12_ day of July, 2019.

                              _____
                                  FOREPERSON